UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY A. NELSON,

                        Plaintiff,

-against-

ROSEANNE O'CONNOR and LAURA MILLER,

                        Defendants.

19-CV-6437 (NSR)

ORDER

---

NELSON S. ROMÁN, United States District Judge:

Plaintiff Jeffrey A. Nelson ("Plaintiff"), appearing *pro se*, commenced this action pursuant to 42 U.S.C. § 1983 on March 21, 2019 in the United States District Court for the Western District of New York. (ECF No. 1.) On June 4, 2019, the Honorable United States District Court Judge Michael A. Telesca directed that all of Plaintiff's claims related to the Sullivan County Correctional Facility against Defendants Laura Miller and Roseanne O'Connor be severed and transferred to the Southern District of New York. (ECF No. 9.) The aforementioned claims were subsequently severed and transferred to the Southern District of New York. (*See* ECF No. 10.)

Plaintiff was granted until December 23, 2019, to demonstrate to the Court that he had not abandoned his claims and was taking diligent steps to prosecute them. (Order to Show Cause, ECF No. 20.) Plaintiff has subsequently failed to communicate with the Court or otherwise respond to the OSC. Accordingly, on January 10, 2020, due to Plaintiff's failure to prosecute this action, the action was dismissed pursuant to Fed R. Civ. P. 41(b). (Order of Dismissal, ECF No. 23.)

The Clerk's Office mailed a copy of the January 10, 2020 Order of Dismissal to Plaintiff's last known address, at the Rensselaer County Jail, but the mail was returned as undeliverable. (*See*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2020

ECF Dkt. Entry Dated February 5, 2020.) Through the Court's own review of New York State Department of Corrections and Community Supervision records, it appears that Plaintiff is presently located at Downstate Correctional Facility.

The Clerk of the Court is respectfully directed to update the docket to reflect Plaintiff's updated address as listed below. The Clerk of the Court is further requested to mail a copy of this Order and the Order of Dismissal (ECF No. 23) to Plaintiff at the updated address and file proof of service on the docket.

>  Jeffrey A. Nelson
>  DIN 98-A-4066
>  Downstate Correctional Facility
>  121 Red Schoolhouse Road
>  P.O. Box F
>  Fishkill, NY 12524

Dated: February 7, 2020
White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge